Nos. 17-2104/18-1419

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Apr 22, 2020
DEBORAH S. HUNT, Clerk

UNITED STATES OF AMERICA, )
    Plaintiff-Appellee, )
v. )
     )    O R D E R
ALVIN JULIAN TURNER, )
    Defendant-Appellant. )

**BEFORE:** MOORE, GIBBONS, and COOK, Circuit Judges.

Upon consideration of the appellant's motion to remand these cases to the district court in light of the death of Alvin Julian Turner,

It is ORDERED that the motion is GRANTED. The district court is directed to dismiss Turner's request for a sentencing reduction as moot.

Further, Turner's petition for rehearing en banc is rendered moot. The panel's opinion is vacated. The mandate shall issue forthwith.

ENTERED BY ORDER OF THE COURT

**Deborah S. Hunt, Clerk**

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 22, 2020

Ms. Patricia Gaedeke
Mr. Andrew Goetz
Mr. Benton C. Martin

     Re: Case No. 17-2104/18-1419, *USA v. Alvin Turner*
        Originating Case No.: 2:12-cr-20617-1

Dear Counsel,

 The Court issued the enclosed Order today in these cases.

            Sincerely yours,

            s/Beverly L. Harris
            En Banc Coordinator
            Direct Dial No. 513-564-7077

cc: Mr. David J. Weaver

Enclosure

Mandate to issue